[No 3067.  Decided October 25, 1898.]

STATE OF WASHINGTON, *on the Relation of I. N. Fleischner et al.*, v. SUPERIOR COURT OF SPOKANE COUNTY *and* WILLIAM M. RID-PATH.

ORIGINAL APPLICATION FOR PROHIBITION.

*Samuel R. Stern*, and *Charles P. Lund*, for relator.
*Scott & Rosslow*, for respondents.

PER CURIAM.—Application to prohibit the superior court of Spokane county from entertaining jurisdiction of an appeal from a judgment before a justice of the peace.

It is admitted that the notice of appeal from the judgment was served before the same was filed. This fact appearing, upon the authority of *State ex rel. Alladio v. Superior Court*, 17 Wash. 54 (48 Pac. 733), the peremptory writ of prohibition will issue.

---

[No. 2971.  Decided November 18, 1898.]

THE STATE OF WASHINGTON *on the Relation of John P. Fay*, *Appellant*, v. C. M. EASTERDAY, *Respondent*.

Appeal from Superior Court, King County.—Hon. ORANGE JACOBS, Judge.  Affirmed.

*John P. Fay*, for appellant.
*Thomas M Vance*, and *Fred Rice Rowell*, for respondent.

PER CURIAM.—The court being of the opinion that this case falls within *State ex rel. McReavy v. Burke*, 8 Wash. 412, and *State ex rel. Howlett v. Cheetham*, 19 Wash. 330 (53 Pac. 349), the judgment is affirmed.